Argued February 18, affirmed February 23, reconsideration denied March 31, petition for review allowed May 11, 1976

STATE OF OREGON, *Respondent,*
*v.*
ERIC CONRAD GRESSEL, *Appellant.*

(No. 75-2554, CA 5141)

546 P2d 478

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.

PER CURIAM.

Affirmed. *State v. Jones,* 23 Or App 706, 543 P2d 1103 (1975).